

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-15-00775-CV

**IN RE** Armando **BENAVIDES**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:     Sandee Bryan Marion, Chief Justice
             Karen Angelini, Justice
             Rebeca C. Martinez, Justice

Delivered and Filed:  December 23, 2015

PETITION FOR WRIT OF MANDAMUS DENIED

On December 9, 2015, relator Armando Benavides filed a petition for writ of mandamus complaining of the final judgment signed by the trial court on September 16, 2015, and the accompanying findings of fact and conclusions of law signed on November 17, 2015, in the underlying dispute involving a mediated settlement agreement. The court has considered relator's petition for writ of mandamus and is of the opinion that relator is not entitled to mandamus relief. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 06-03-44411, styled *Armando Benavides v. Anselmo Benavides, Antonio Benavides and A.T. Trucking, L.L.P.*, pending in the 79th Judicial District Court, Jim Wells County, Texas, the Honorable Richard C. Terrell presiding.